IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE:   June 20, 2024

| JUDGE: | JOHN D. LOVE | REPORTER: | |
|---|---|---|---|
| LAW CLERK: | Brent Bauer | COURTROOM DEPUTY: | Sharon Baum |

| | |
|---|---|
| **WENDY TIPPETT, as the administrator of the estate of Timothy Michael Randall**<br><br>V<br><br>**SERGEANT SHANE IVERSON, UNKNOWN OFFICER AND COUNTY OF RUSK TEXAS** | CASE NO: 6:23cv515<br><br>MOTIONS HEARING |

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| Joseph Oxman and Timothy Craig | Lee Correa |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 10:07                                    **ADJOURN:** 11:09

| TIME: | MINUTES: |
|---|---|
| 10:07 | Case called.   The parties announced they are here and ready. |
| | Judge states we are here today on the motion for protective order and qualified immunity.   We will proceed first with the motion for protective order. |
| 10:10 | Ms. Correa begins argument on motion for protective order. |
| | Mr. Oxman objects. |
| | Ms. Correa responds. |
| | Judge understands the danger. |
| | Ms. Correa continues argument. |

| TIME: | MINUTES: |
|---|---|
| 10:14 | Judge asks question of Ms. Correa. |
| | Ms. Correa responds. |
| 10:15 | Judge makes additional comments. |
| | Ms. Correa responds. |
| 10:18 | Judge makes additional comments |
| | Ms. Correa further responds. |
| | Judge brings up the issue that the incident happened on a public street. |
| | Ms. Correa makes additional comments. |
| 10:22 | Judge moves on to case authority. |
| | Ms. Correa states there is a similar case out of Beaumont. |
| 10:24 | Judge makes further comments about any threats against Sergeant Iverson.   Judge asks for response from the plaintiff.   Judge asks question of plaintiff's counsel. |
| 10:27 | Mr. Craig responds. |
| | Judge asks additional question of Ms. Correa. |
| | Mr. Correa responds |
| | Judge asks for response from plaintiff's counsel. |
| | Mr. Oxman begins response. |
| 10:35 | Judge asks question of plaintiff's counsel. |
| | Mr. Craig responds. |
| | Judge asks additional question. |
| 10:38 | Mr. Craig responds. |
| | Judge makes additional comments and asks additional questions. |

| TIME: | MINUTES: |
|---|---|
|  | Mr. Craig responds. |
| 10:41 | Judge asks question about position. |
|  | Mr. Craig makes further response. |
| 10:43 | Judge asks about what was mentioned that the plaintiff intends to amend the complaint. |
|  | Mr. Oxman responds. |
| 10:46 | Judge asks for a response from defense counsel. |
|  | Ms. Correa responds. |
| 10:47 | Judge is going to order counsel to meet and confer and if no agreement file a motion to amend by two weeks from today. |
|  | Ms. Correa responds and begins argument on qualified immunity motion. |
| 10:50 | Judge asks question of Ms. Correa. |
|  | Ms. Correa responds. |
| 10:51 | Judge makes remarks about what else the Court would need on qualified immunity. |
|  | Ms. Correa responds. |
| 10:56 | Mr. Oxman begins response to motion for qualified immunity. |
| 10:58 | Judge comments is the video enough or does the court need additional discovery. |
| 11:01 | Mr. Oxman responds he believes the video is plenty to decide on qualified immunity. |
| 10:04 | Judge advises on motion to amend to attach the amended complaint. |
|  | Ms. Correa makes comments. |
| 11:06 | Judge makes remarks to the gallery. |
|  | Ms. Correa continues response. |
| 11:07 | Judge makes comments about fact discovery.   Is there agreement on these dates? |

| TIME: | MINUTES: |
|---|---|
| 11:08 | Mr. Oxman agrees with the dates. |
|  | Judge makes closing remarks. |
|  |  |
|  |  |
|  |  |
|  |  |