IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **WENDY TIPPITT, as the administrator of the Estate of Timothy Michael Randall,** §§§§§ | | |
| *Plaintiff*, § | | |
| VS. § | CIVIL ACTION NO. 6:23cv515-JDK | |
| § | | |
| **SERGEANT SHANE IVERSEN,** § | JURY DEMANDED | |
| *Defendant.* § | | |

## DEFENDANT SERGEANT SHANE IVERSEN'S
## NOTICE OF INTERLOCUTORY APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Sgt. Shane Iversen hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's "Order Adopting Report and Recommendation of the United States Magistrate Judge" [#75], entered on May 27, 2025, denying his Motion for Summary Judgment based on qualified immunity. The issue of qualified immunity is immediately appealable to the United States Fifth Circuit Court of Appeals for *de novo* review, and Defendant hereby exercises his right to immediate interlocutory appeal.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@flowersdavis.com
Lead Attorney

**LEE I. CORREA**
State Bar. No. 24072049
lic@flowersdavis.com

**ATTORNEYS FOR DEFENDANT
SGT. SHANE IVERSEN**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on June 26, 2025, in the following manner:

  X     Via ECF

_____
**Robert S. Davis**